**Lawrence Herrera**
4717 W. Lovers Lane
Dallas, TX 75209-3135

Bar Number: 09530150
Phone: (214) 526-0334

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**
Revised 11-1-05

| IN RE: | § | |
| --- | --- | --- |
| **Edward Wright, III** | § | CASE NO: **11-31502-BJH-13** |
| | § | |
| Debtor(s) | § | |
| | § | |

## AUTHORIZATION FOR ADEQUATE PROTECTION DISBURSEMENTS     DATED: 3/1/2011.

The undersigned Debtor(s) hereby request that payments received by the Trustee prior to confirmation be disbursed in accordance with General Order 2005-05, as indicated below:

| Periodic Payment Amount | | $2,045.00 |
| --- | --- | --- |
| Disbursements | First (1) | Second (2) (Other) |
| Account Balance Reserve | $5.00 | $0.00 |
| Trustee Fee | $204.00 | $204.50 |
| Filing Fee | $0.00 | $0.00 |
| Noticing Fee | $7.35 | $0.00 |
| **Subtotal Expenses/Fees** | **$216.35** | **$204.50** |
| Available for Adequate Protection, Attorney Fees and Undisputed Priority Claims: | $1,828.65 | $1,840.50 |

**SECURED CREDITORS:**

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
| --- | --- | --- | --- | --- | --- |

Total Adequate Protection Payments: **$0.00**

Funds Available For Debtor's Attorney First Disbursement: **$1,828.65**
Funds Available For Debtor's Attorney Future Disbursements: **$1,840.50**
Available For Secured Creditors as Authorized by the Plan: **$1,840.50****

DATED: 3/9/2011

/s/ Lawrence Herrera
Attorney for Debtor(s)                                         Trustee, Attorney for Trustee or Trustee's Representative

** Amount is based on the plan payment scheduled on the month following the month when the attorney fees are paid in full.
*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*