IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-31502-bjh13 |
| EDWARD WRIGHT III | § | (Chapter 13) |

**NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 3017(a) AND 9007**

COMES NOW, PITE DUNCAN, LLP, pursuant to Bankruptcy Rules 9010(b), 2002(a), (b), 3017(a), 9007, and files this Notice of Appearance and Demand for Service of Papers as Counsel for GMAC Mortgage, LLC a secured creditor and party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any case consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

TRACY D. FINK, ESQ.
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case. PITE DUNCAN, LLP additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

Dated:  March 16, 2011                                                         PITE DUNCAN, LLP

/s/Tracy D. Fink
TRACY D. FINK, ESQ.
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
ATTORNEY FOR GMAC MORTGAGE, LLC

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing Notice of Appearance and Request for Duplicate Notice was served on March 16, 2011.   Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL:

Edward Wright III
5523 Greenbrier
Dallas, TX 75209

Lawrence Herrera
Law Office Of Lawrence Herrera
4717 W. Lovers Lane
Dallas, TX 75209

       I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 16, 2011, at San Diego, California

/s/ Nicholas Tweed.
NICHOLAS TWEED